UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                      Case No. 3:04-cr-91-J-25TEM

LUIS E. AMADOR-CARBAJAL
_____/

## ORDER AMENDING JUDGMENT IN A CRIMINAL CASE

The probation office having notified the Court of an error in the Judgment in a Criminal Case (Doc. No. 18, filed June 2, 2004) as to the above-named Defendant, that is, that the supervised release term on Sheet 3 reflects "one (3) year", it is

**ORDERED** that the Judgment in a Criminal Case (Doc. No. 18, filed June 2, 2004) is **AMENDED** as follows: Sheet 3 - Supervised Release, should read "Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years.**"

**DONE AND ORDERED** at Jacksonville, Florida, this 6TH day of June, 2007.

HOWELL W. MELTON
Senior United States District Judge

Copies to:
U.S. Attorney's Office
Maurice C. Grant, II, Esq.
U.S. Probation
U.S. Marshal