FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2007 AUG 31 PM 12: 25

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| | JACKSONVILLE, FLORIDA |
| | CASE NUMBER: 3:04-cr-91-J-25TEM |
| | USM NUMBER: 30521-018 |
| v. | |
| LUIS ENRIQUE AMADOR-CARBAJAL | |
| | Defendant's Attorney: Gerald S. Bettman (cja) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Illegal re-entry into the United States without first having applied for and received permission from the Attorney General of the United States. | April 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 31, 2007

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

DATE: August 31, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | LUIS ENRIQUE AMADOR-CARBAJAL | Judgment - Page 2 of 2 |
| Case No.: | 3:04-cr-91-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months, to run consecutively to the sentence of imprisonment of 21 months imposed in Case No. 3:07-cr-119-J-25HTS, <u>for a total term of imprisonment of 29 months.</u>**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL